# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RASHAY GONZALEZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>VJ WOOD RECOVERY, LLC, *et al.*<br>　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:23-cv-01599-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 27th day of March, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29), and Plaintiff's Response (ECF No. 30), **IT IS HEREBY ORDERED** that the Motion (ECF No. 29) is **DENIED**.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　United States District Court Judge